CLIFFORD J. STODDARD et al., Appellants, *v.* CHARLES M. SCHWAB et al., Respondents, Impleaded with Others.

Argued May 23, 1939; decided June 19, 1939.

*Nathan J. Stein, Paul L. Ross* and *Morris Vogel* for appellants.

*John M. Harlan, Leslie H. Arps* and *M. Camper O' Neal* for respondents.

Judgment affirmed, with costs; no opinion. (See 281 N. Y. 692.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.